# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 15-1049**  **September Term, 2014**

**FERC-ER14-1242-000**
**FERC-EL15-7-000**
**FERC-ER14-1243-000**
**FERC-EL14-34-000**
**FERC-ER14-1724-000**
**FERC-ER14-2180-000**
**FERC-ER14-2176-000**
**FERC-ER14-2862-000**
**FERC-ER14-2860-000**
**FERC-ER14-1725-000**
**FERC-EL-34-000**
**FERC-ER14-2952-000**

**Filed On: May 22, 2015** [1553841]

Michigan Public Service Commission,

      Petitioner

v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------
City of Escanaba, Michigan, et al.,
      Intervenors

------------------------------

Consolidated with 15-1053, 15-1098, 15-1109

## O R D E R

Upon consideration of respondent's unopposed motion to hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

The Federal Energy Regulatory Commission is directed to file status reports at 90-day intervals beginning August 20, 2015.

# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 15-1049**                                              **September Term, 2014**

      The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency proceedings.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:   /s/
                                      Mark A. Butler
                                      Deputy Clerk